**Order entered May 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00460-CV

**CEDAR HILL INDEPENDENT SCHOOL DISTRICT, ET AL., Appellants**

**V.**

**TERRENCE MARK GORE, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06183**

## ORDER

We **DENY** appellant's May 3, 2016 opposed motion for mediation.

/s/     ELIZABETH LANG-MIERS
         JUSTICE